171 So. 759

## Mary A. ROBERTS v. Dora A. MURPHY.

### 8 Div. 773.

Supreme Court of Alabama.

Jan. 7, 1937.

Raymond Murphy, of Florence, for petitioner.

Bradshaw & Barnett and Fred S. Parnell, all of Florence, opposed.

PER CURIAM.

Petition of Dora A. Murphy for certiorari to the Court of Appeals to review

and revise the judgment and decision of that Court in Roberts v. Murphy, 27 Ala. App. 281, 171 So. 757.

Writ denied.

ANDERSON, C. J., and THOMAS, BROWN, and KNIGHT, JJ., concur.